585 A.2d 338
TO–FITNESS, INC., ETC. v. THE LEMPERT
COMPANY, INC., ETC.

July 10, 1990.

Cross-petition for certification denied.

585 A.2d 338
TRUMP CASTLE HOTEL AND CASINO v. BOARD OF REVIEW
AND CHARLES MATTIS.

July 10, 1990.

Petition for certification granted.

585 A.2d 338
ISLE HEINEMEYER, ET AL. v. JOSEPH P. O'DONNELL.

July 10, 1990.

Petition for certification denied.

585 A.2d 338
BEVERLY REILLY v. GREGORY B. REILLY.

July 10, 1990.

Petition for certification denied.